IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

CRIMINAL NO. 21-132-HB

v.

MURTY VEPURI,
ASHVIN PANCHAL,
KVK-TECH, INC.

MOTION OF DEFENDANT KVK-TECH, INC. TO DISMISS THE SUPERSEDING INDICTMENT

Defendant KVK-Tech, Inc. ("KVK-Tech"), by and through undersigned counsel, respectfully moves this Court to dismiss the Superseding Indictment. In support of this Motion KVK-Tech respectfully submits the accompanying Memorandum of Law.

Respectfully submitted,

*/s/ Lisa A. Mathewson*

| | |
|---|---|
| Jack W. Pirozzolo (*pro hac vice*) | Lisa A. Mathewson |
| SIDLEY AUSTIN LLP | MATHEWSON LAW LLC |
| 60 State Street, 36th Floor | 123 S. Broad Street, Suite 1320 |
| Boston, MA 02109 | Philadelphia, PA 19109 |
| (617) 223-0304 | (215) 399-9592 |
| jpirozzolo@sidley.com | lam@mathewson-law.com |

Jeffrey M. Senger (*pro hac vice*)
Amy L. DeLine (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
(202) 736-8000
jsenger@sidley.com
adeline@sidley.com

*Counsel to Defendant KVK-Tech, Inc.*

December 1, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on this date the attached Motion to Dismiss, with a proposed order and Memorandum of Law in Support, with Exhibits, was filed electronically through the CM/ECF system, which will serve it electronically on all counsel of record.

December 1, 2021                                                  /s/ *Lisa A. Mathewson*
                                                                            Lisa A. Mathewson