

SIDLEY AUSTIN LLP
60 STATE STREET
36TH FLOOR
BOSTON, MA 02109
+1 617 223 0300
+1 617 223 0301 FAX

+1 617 223 0304
JPIROZZOLO@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

January 26, 2022

**By Email**

The Hon. Harvey Bartle III
U.S. District Court for the
Eastern of Pennsylvania,
601 Market Street, Room 16614
Philadelphia, PA 19106

Re:   *United States v. Vepuri et al.*, No. 21-cr-132 (E.D. Pa.)

Dear Judge Bartle:

When the government asked permission at yesterday's hearing to make a supplemental submission, the Court expressly said no. The government's letter brief violates the Court's instruction and should be stricken. If the Court nonetheless accepts the government's letter brief, the defendants-movants respectfully request leave to file a short response explaining the government's errors.

Respectfully,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo
Partner
*Counsel to Defendant KVK-Tech, Inc.*

cc:  All counsel of record (via electronic mail)

Sidley Austin (NE) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.